JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NATHANIEL WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> JIM MCDONNELL, et al, <br><br> Defendants. | NO. CV 17-5528-MCS (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 7, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE